L. Quintana, Esq. (SBN 157291)
Victoria Carry (SBN 256872)
Quintana McConnin & Sarte LLP
101 W. Broadway Suite 1050
San Diego, CA  92101
Telephone: 619.231.6655
Facsimile: 619.243.0080

Todd C. Atkins, Esq. (SBN 208879)
Atkins & Davidson, APC
101 W. Broadway Suite 1050
San Diego, CA  92101
Telephone: 619.255.2380
Facsimile: 619.231.4725

Attorneys for Plaintiff
Scott Copeland

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Copeland,<br><br>                                    Plaintiff,<br><br>     v.<br><br>Lehman Brothers Bank, FSB; Moneyworld Sales/Mortgages, Inc.; Aurora Loan Services; and all other claimants of whatsoever kind and character against real property commonly known as 7066 Keighley Street, San Diego, CA 92120; APN 672-390-01-00; and DOES 1 through 100 inclusive,<br><br>                                    Defendants. | Case No.:  **09-CV-01774-WQH-RBB**<br><br>Honorable William Q. Hayes<br><br>**PLAINTIFF'S NOTICE OF EX PARTE MOTION AND EX PARTE MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION TO AMEND COMPLAINT IN EXCESS OF 10 PAGES**<br><br>[Filed concurrently with Plaintitff's Reply in support of Motion to Amend Complaint.] |

/ / /

/ / /

/ / /

/ / /

**EX PARTE REQUEST FOR LEAVE TO FILE
REPLY BRIEF IN EXCESS OF 10 PAGES**

TO THE COURT, TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Scott Copeland ("Plaintiff") requests leave of this Court to file a Reply in excess of 10 pages in Support of Plaintiff's Motion to Amend the Complaint ("Motion to Amend"). Good cause exists for this Court to grant the requested motion. Defendants Lehman Brothers Bank, FSB and Aurora Loan Services ("Moving Defendants") filed a 26 page Opposition to Plaintiff's Motion to Amend. Plaintiff seeks leave to exceed the 10-page limit in order to fully and adequately address the arguments raised by Moving Defendants. The requested leave will not prejudice Defendants since Plaintiff is addressing the arguments raised by Defendants.

This ex parte motion will be based upon The pleadings and papers filed with the Court and the Reply Memorandum of Points and Authorities in of Plaintiff's Motion to Amend.

Respectfully submitted,

Dated: March 17, 2010                                          Atkins & Davidson, APC

                                                               _____
                                                               By Todd C. Atkins, Esq.
                                                               Attorney for Plaintiff
                                                               Scott Copeland

Dated: March 17, 2010                                          Quintana McConnin & Sarte LLP

                                                               _____
                                                               By L. Quintana, Esq.
                                                               Attorney for Plaintiff
                                                               Scott Copeland

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff filed this action on August 14, 2009.  [Doc. No. 1].  Defendants Lehman Brothers Bank, FSB ("Lehman") and Aurora Loan Services ("ALS") (collectively "Moving Defendants") filed a Motion to Dismiss the Complaint ("Motion to Dismiss") on October 8, 2009.  [Doc. No. 4].  Plaintiff Opposed Moving Defendants Motion to Dismiss on October 30, 2009.  [Doc. No. 8]. Moving Defendants filed a Reply in Support of their Motion to Dismiss on November 9, 2009.  [Doc. No. 9]. This Court granted Plaintiff leave to file a Motion for Leave to Amend the Complaint December 23, 2009. [Doc. No. 11].  Plaintiff filed a Motion to Amend the Complaint ("Motion to Amend") and attached a Proposed Amended Complaint on February 5, 2010.  [Doc. No. 14, 14-2]. Moving Defendants filed an Opposition to Plaintiffs Notice of Motion to Amend the Complaint ("Opposition Brief") on February 24, 2010.  [Doc. No. 18].

The liberal policy to grant leave to amend complaints is to promote a decision on the merits.  *See Lopez v. Smith,* 203 F.3d 1122, 1127 (9th Cir. 2000) (quoting *Noll v. Carlson,* 809 F.2d 1448 (9th Cir.1987));  *See also Aguilar v. Cabrillo Mortg.* No. 09-CV-1799-IEG (AJB), 2010 WL 476650, at *1, (S.D.Cal., Feb. 03, 2010). Moving Defendants filed a 26 page Opposition to Plaintiff's Motion to Amend.  [Doc. No. 18].

In order for Plaintiff to fully and adequately address the arguments raised by Moving Defendants in their Opposition Brief, Plaintiff must exceed the 10-page limitation for Reply briefs under Local Rule 7.1h.  Plaintiff's request to exceed the page limit is merely to address the arguments raised by Moving Defendants.  The additional pages will allow Plaintiff to explain to the Court why Plaintiff's proposed Amended Complaint is not prejudicial, in bad faith, or futile.

The reqeusted leave to exceed the page limit under Local Rule 7.1h will not result in any prejudice to Moving Defendants because Plaintiff is responding to the issues and allegations raised by Moving Defendants in their Opposition Brief.    Therefore, Plaintiff seeks leave of the Court to exceed the 10-page limit in his Reply.

Accordingly, Plaintiff Scott Copeland respectfully requests that this Court grant Plaintiff's ex parte motion for leave to file a Reply in Support of the Motion to Amend for the reasons stated herein.

/ / /

/ / /

/ / /

QUINTANA McCONNIN & SARTE, LLP
101 W. Broadway, Suite 1050
San Diego, CA 92101

| | |
|---|---|
| Dated: March 17, 2010 | Atkins & Davidson, APC |
| | By: __/s/ Todd Atkins_____ |
| | Todd C. Atkins, Esq. |
| | Attorney for Plaintiff |
| | Scott Copeland |

QUINTANA McCONNIN & SARTE, LLP
101 W. Broadway, Suite 1050
San Diego, CA 92101